[No. 57319-5-I. Division One. November 27, 2006.]

KURT F. STARK ET AL., *Appellants*, v. VAN DAM FLOOR COVERING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-11051-0, Larry E. McKeeman, J., entered October 21 and November 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57753-1-I. Division One. November 27, 2006.]

DAVID LEE BURGESS ET AL., *Appellants*, v. ATLANTIC RICHFIELD COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-02150-9, Charles R. Snyder, J., entered November 18, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 33081-4-II. Division Two. November 28, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY CURTIS TANNER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00472-9, Katherine M. Stolz, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 33225-6-II. Division Two. November 28, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY WOLLUM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00260-8, George L. Wood, J., entered April 1, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Penoyar, JJ.